# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **CRIMINAL NO. 2:12-CR-157-DBH** |
| ) | |
| **JERRY BLAIR, III,** ) | |
| ) | |
| **DEFENDANT** ) | |

## ORDER ON GOVERNMENT'S MOTION FOR REDACTED VERSIONS OF SEALED EXHIBITS TO BE CERTIFIED TO THE APPELLATE COURT

The motion is **DENIED**.

The sentencing exhibits in question are already in the record, albeit under seal, and available to the court of appeals. Thus, there is nothing to correct, modify or supplement within the meaning of Fed. R. App. 10(e). It appears that what counsel really want is approval to use redacted portions of the sealed exhibits in the public appellate briefs. Having sealed the exhibits in this court in order to preserve highly sensitive material about individuals who are not parties to the case, I do not grant the motion. In today's Internet world, identities would readily be ascertainable even after redaction. If the court of appeals disagrees and believes that these revelations must be public, that is for the court of appeals to decide. The Clerk is directed to seal the redacted attachments to the motion unless and until the court of appeals orders otherwise. If the sealed exhibits have not already gone to the court of appeals, the Clerk is directed to send them forthwith.

**SO ORDERED.**

**DATED THIS 3RD DAY OF OCTOBER, 2013**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**